UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    PLAINTIFF,

v.                        CASE NO.: 2:19-CV-491-FTM-38NPM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    DEFENDANT.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

Employers Insurance Company of Wausau,
Case No. 2:18 CV 00601-UA-MRM

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than FOURTEEN (14) DAYS after appearance of the party.

Dated: 27 November 2019

                              /s/ Michael R. Morris
                              Michael R. Morris
                              Florida Bar No. 70254
                              Morris & Morris, P.A.
                              Attorneys for Employers Insurance Company of Wausau
                              777 South Flagler Drive, Suite 800- West Tower
                              West Palm Beach, Florida 33401
                              Telephone Number 561.903.0562
                              Facsimile Number 561.828.9351
                              E-mail address michael@morris.law