# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLOIRDA
# (FT. MYERS DIVISION)

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**

    Plaintiff,

v.

**REDLANDS CHRISTIAN MIGRANT ASSOCIATION INC.,**
    Defendant.
_____/

CASE NO. 2:19 cv 00491

## DEFENDANT, REDLANDS CHRISTIAN MIGRANT ASSOCIATION INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Defendant, REDLANDS CHRISTIAN MIGRANT ASSOCIATION INC. (REDLANDS").

    REDLANDS'    Board of Directors and employees

    REDLANDS' attorney, Keith Hanenian, Esquire, and his law firm, Law Offices of Keith M. Hanenian, PA, as legal counsel for REDLANDS.

    Plaintiff, EMPLOYERS INSURANCE COMPANY OF WAUSAU ("WAUSAU"), and each person, attorney, association of persons, firm, law firm, partnership, and corporation listed as having an interest in the outcome of this action as disclosed by WAUSAU's counsel in its Certificate of Interested Persons and Corporate Disclosure Statement (Doc. No. 7) filed on October 11, 2019.

WAUSAU's attorney and his law firm, Michael R. Morris, Esquire, of Morris & Morris, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Those corporations by WAUSAU's counsel in its Certificate of Interested Persons and Corporate Disclosure Statement (Doc. No. 7) filed on October 11, 2019.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Defendant, REDLANDS CHRISTIAN MIGRANT ASSOCIATION INC.

Plaintiff, EMPLOYERS INSURANCE COMPANY OF WAUSAU, may believe it is a victim of wrongful civil conduct.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

None

Respectfully submitted this 02ND day of December, 2019.

/s/ Keith M. Hanenian
Keith M. Hanenian, Esq.
Florida Bar No.: 873225
LAW OFFICE OF KEITH M. HANENIAN, PA
P.O. Box 21268
Tampa, FL  33622
Phone:  813-283-9907
Fax:     813-436-5241
keith@hanenianlaw.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the counsel Michael R. Morris, Attorney for Employers Insurance Company of Wausau, michael@morris.law, 777 South Flagler Drive Ste. 800- West Tower, West Palm Beach, Florida 33401.

/s/ Keith M. Hanenian
**Certifying Attorney**