UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

**Plaintiff,**

v.                          Case No.: 2:19-cv-491-FtM-38NPM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

**Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS        related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

**Employers Insurance Company of Wausau,
Case No. 2:18 CV 00601-UA-MRM**

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

**Dated: January 21, 2020**

                                            **/s/Keith M. Hanenian**
                                            **Keith M. Hanenian, Esq.**
                                            **Florida Bar No.: 873225**
                                            **The Law Office of**
                                            **KEITH M. HANENIAN, PA**
                                            **P.O. Box 21268**
                                            **Tampa, FL 33622**
                                            **Phone: 813-283-9907**
                                            **Fax:     813-258-8501**
                                            keith@hanenianlaw.com
                                            **Counsel for Defendant**