UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE
COMPANY OF WAUSAU,
    PLAINTIFF,

v.                                                        CASE NO: 2:19-CV-491

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,
    DEFENDANT.
_____/

### MOTION TO ALLOW TELEPHONIC CONFERENCE OF ATTORNEYS FOR PURPOSES OF COMPLETING CASE MANAGEMENT REPORT

Plaintiff, Employers Insurance Company of Wausau ("Wausau"), moves to allow a telephonic conference to substitute for the Meeting of Parties in Person required by Local Rule 3.05(c)(2)(B) and says:

    1.    Counsel for Plaintiff and Defendant have conferred over the telephone and drafted a Case Management Report. There are no issues which require an in-person meeting in order to complete the Case Management Report.

    2.    Counsel for Wausau resides in Loxahatchee, Florida. The drive time from Loxahatchee to Tampa is approximately 3.5 to 4 hours.

    3.    To require an in-person meeting would result in unnecessary expense for Wausau.

    4.    Counsel for Wausau is recovering from a broken knee, and the drive to Tampa would be a hardship.

    5.    Counsel for Wausau has conferred with counsel for Redlands Christian Migrant Association ("Redlands") and represents that Redlands does not object to this motion.

WHEREFORE, Wausau respectfully requests that the telephonic conference that has already occurred between counsel be allowed to substitute for the in-person meeting required by Local Rule 3.05(c)(2)(B).

23 January 2020

/s/Michael R. Morris
Michael R. Morris
Counsel for Employers Insurance
Company of Wausau
Florida Bar No. 70254
Morris & Morris, P.A.
777S. Flagler Drive, Suite 800 West Tower
West Palm Beach, FL 33401
Email: michael@morris.law
Telephone: 561.903.0562
Facsimile: 561.828.9351

## Certificate of Service

I certify that on 23 January 2020, I electronically filed the foregoing document electronically with the Clerk of Court by using CM/ECF which will generate a Notice of Electronic filing to Keith Hanenian, attorney for Redlands Christian Migrant Association, keith@hanenianlaw.com, Law Offices of Keith M. Hanenian, PA, PO Box 21268, Tampa, FL 33622-1268.

/s/ Michael R. Morris
Michael R. Morris
F.B.N. 70254